## BEFORE THE HEALTH CARE ALTERNATIVE
## DISPUTE RESOLUTION OFFICE

| | |
|---|---|
| LATRESS WILLIAMS | * |
| Claimant | * |
| | *   HCA #2008- |
| v. | * |
| HOLY CROSS HOSPITAL OF SILVER SPRING, INC., et al. | * |
| Defendants/Health Care Providers | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### RENEWED ELECTION FOR WAIVER OF ARBITRATION

The Claimant, Latress Williams by and through her attorneys, Henry E. Dugan, Jr., Alison D. Kohler and Dugan, Babij & Tolley, LLC, files this Renewed Election for Waiver of Arbitration pursuant to Md. Cts. & Jud. Procs. Code Ann. § 3-2A-06B and for reasons in support thereof, respectfully represent:

1. The Claimant has elected to waive arbitration in the above captioned case.

2. The Claimant filed her Certificate of Merit, pursuant to Md. Cts. & Jud. Procs. Code Ann. § 3-2A-04(b), with the Health Claims Arbitration Office of Maryland, concurrent with the filing of this Renewed Election For Waiver Of Arbitration.

3. That, after filing, this election shall be binding on all parties.

HENRY E. DUGAN, JR.
ALISON D. KOHLER
Dugan, Babij & Tolley LLC
1966 Greenspring Drive, Suite 500
Timonium, Maryland 21093
(410) 308-1600
Attorneys for Claimants

EXHIBIT C