IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MARYLAND SOUTHERN DIVISION

| | | |
|---|---|---|
| LATRESS WILLIAMS, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: DKC 08 CV 1706 |
| HOLY CROSS HOSPITAL OF SILVER SPRING, INC., | * | |
| | * | |
| Defendants. | | |

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on the 6th day of March, 2009, a copy of the **Defendant Holy Cross Hospital Of Silver Spring, Inc.'s Preliminary Rule 26(A)(2) Statement** was sent via e-mail:

Henry E. Dugan, Jr., Esquire
Alison D. Kohler, Esquire
1966 Greenspring Drive
Suite 500
Timonium, MD  21093

Benjamin S. Vaughan, Esquire
Jeremy R. Krum, Esquire
Armstrong, Donohue, Ceppos, Vaughan
204 Monroe Street, Suite 101
Rockville, MD  20850

and that I will retain the original of said document in my possession, without alteration, until this case is concluded in this Court, the time for noting an appeal has expired and any appeal has been decided.

Respectfully Submitted,

*/s/ M. Mitchell*

David A. Levin, Esquire
Michelle R. Mitchell, Esquire
Wharton Levin Ehrmantraut & Klein
104 West Street, P.O. Box 551
Annapolis, MD  21404-0551
410-263-5900
*Attorneys for Defendant, Holy
Cross Hospital of Silver Spring, Inc.*

## Certificate of Service

I hereby certify that on the 6th day of March, 2009, a copy of the foregoing was served via first class mail, to:

| | |
|---|---|
| Henry E. Dugan, Jr., Esquire<br>Alison D. Kohler, Esquire<br>1966 Greenspring Drive<br>Suite 500<br>Timonium, MD  21093 | Benjamin S. Vaughan, Esquire<br>Jeremy R. Krum, Esquire<br>Armstrong, Donohue, Ceppos, Vaughan<br>204 Monroe Street, Suite 101<br>Rockville, MD  20850 |

*/s/ M. Mitchell*
Michelle R. Mitchell